Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Lisa Birge

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Nebraska Medicine, Nebraska Equal Opportunity
Commission, et US Equal Opportunity Commission

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    8:16 CV551

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*    ☐ Yes    ☐ No

## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lisa Birge |
| Street Address | 4914 North 55th St |
| City and County | Omaha, Douglas |
| State and Zip Code | Nebraska, 68104 |
| Telephone Number | 402-451-2658 |
| E-mail Address | msbirge@hotmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | The Nebraska Medical Center |
| Job or Title *(if known)* | |
| Street Address | 987400 Nebraska Medical CTR |
| City and County | Omaha, Douglas |
| State and Zip Code | Nebraska 68198 |
| Telephone Number | 402-449-4000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Patrick J. Barrett-Fraser Stryker Firm |
| Job or Title *(if known)* | Attorney for Nebraska Medical Center |
| Street Address | 500 Energy Plaza-400 S 17th ST |
| City and County | Omaha, Douglas |
| State and Zip Code | Nebraska, 68102 |
| Telephone Number | 402-341-6000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Nebraska Equal Opportunity Commission |
| Job or Title *(if known)* | |
| Street Address | 301 Centennial Mall South |
| City and County | Lincoln, Sarpy |
| State and Zip Code | Nebraska 68102-1835 |
| Telephone Number | 402-595-2028 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | U.S. Equal Employment Opportunity Commission |
| Job or Title *(if known)* | Joseph J. Wilson, State & Local Program Manager |
| Street Address | 1222 Spruce Street, Room 8.100 |
| City and County | Saint Louis, |
| State and Zip Code | Missouri, 63103 |
| Telephone Number | 314-539-7816 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Dicrimination based on disability, record of disability, retaliation, violation of ADA Amendments Act of 2008, Sections 48-1104, and 48-1114(1) of the Nebraska Fair Employment Practice Act,bases of race and color Title VII of the Civil Rights Act of 1964 as Amended, and Section 48-1104 of the Nebraska Fair Employment Practice Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)*   Lisa Birge                              , is a citizen of the State of *(name)*   Nebraska                              .

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

*(foreign nation)*                                                                 .
_____

    b.      If the defendant is a corporation

         The defendant, *(name)*   The Nebraska Medical Center   , is incorporated under

         the laws of the State of *(name)*   Nebraska   , and has its

         principal place of business in the State of *(name)*  Nebraska   .

         Or is incorporated under the laws of *(foreign nation)*  Nebraska   ,

         and has its principal place of business in *(name)*  Nebraska   .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Back pay of $17,672.93 and Punitive damages of $200,000 which is allowable for corporations with employees in the range to 201 and 500.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

*(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)*   Nebraska Equal Opportunity Comm.   , is incorporated under

        the laws of the State of *(name)*   Nebraska           , and has its

        principal place of business in the State of *(name)*   Nebraska    .

        Or is incorporated under the laws of *(foreign nation)*   Nebraska    ,

        and has its principal place of business in *(name)*   Nebraska    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

        Back pay of $17,672.93 and Punitive damages of $200,000 which is allowable for corporations with employees in the range to 201 and 500.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

*(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)*   U.S.EOC          , is incorporated under

        the laws of the State of *(name)*   Missouri         , and has its

        principal place of business in the State of *(name)*   Missouri       .

        Or is incorporated under the laws of *(foreign nation)*       ,

        and has its principal place of business in *(name)*      .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

        Back pay of $17,672.93 and Punitive damages of $200,000 which is allowable for corporations with employees in the range to 201 and 500.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

My first claim is that I was dicriminated on disability, asthma and allergy when subjected to a combination of strong perfume, overuse and misuse of hand sanitizers and chlorox wipes, and what I blieve excessive use of Chlorine and other chemicals or devises and was not immediately allow to move from the area and subsequently suffered sever coughing and bodily harm,

My second claim is retailiation with lack of training and intentionally leaving out key details of specifc information regarding procedures, failure to provide or request adequate software upgrade to complete my job. In addition, failure and reluctance to move my work area out of zone such chemicals in a timely manner and when did subjected me to foul smells which I believe was static guard or other intentional bad smells.

My third claim is based on race because I was held to higher standard and made responsible for errors made before my employment or made by accounts payable employees who are white that effected items on my desk, lack of training by elimination and delay of information on specific exceptions to policy and or procedures, by my trainer, Robyn Collier, who is white.and who would make herself unavailable during times at month end closing in January and February.

My fourth claim is this was done with malice and intentional disregard to my disability. I went through extensive pre screening before employment which consisted of blood testing and urine testing, immunization requests, two tetnaues shots, tuburculouses test, and a request to bring in my last asthma spectrometry. I do not have any communical disease and this seemed a bit odd. A card with a list of all the test was checked off and I was instructed to give it to my supervisor, Dan Gard on my first day of employment. They knew and should have known what exposure harmful chemicals could do to an asthmatic but continued the behavior.

My fifth claim is against the NEOC for inadeuate investigation and reporting. After reviewing the NEOC file, I found that the report was inaccurate and did not make sense, and was not consistent with my statements. There is a recording of my interview with the NEOC officer, Valerie Kimble and the report does represent our conversation. In addition, there does not seemed to be any fact finding or interviewing of any of the parties I mentioned. The report has unsigned statements and allegations by the defendant's attorney, and other information that I was not made aware by the investigator such as I told someone that I had gas and gerd. Absolutely false. There are just random statements by a person regarding what a supervisor told her. I never met this person and she does not name the employee the supervisor was speaking of. Allegations are false in relations to me but she could of been talking about anybody. Its hearsey and slanderous to put into a rebuttal without verifying to whom this person was referring to. There other inconsistences and statements made that was not brought to my attention for rebuttal.

After speaking with Stan Odenthal director of the NEOC in September 2016, he was supposed to have her supervisor, Paula Gardner call me back and I never received a return call. I was able to contact, Ms. Gardner on December 15, 2016, and she stated she did not call me back because the file was in Omaha but that is ridiculous since she is in Lincoln and with today's technology that should not have been a deterrant.. This is troublesome because majority of the attorneys that I spoke with are going by that ruling and does not want to represent me.

My sixth claim is against the United States Equal Opportunity Commission regarding the request to review the weight of the case by Joseph J. Wilson. The report was inaccurate and there was a tape recording of our conversation but it seems all this was overlooked. In addition, I found connections to parties in this particular case to parties involved in another claim that I filed in 2009 and believed this was coninuation of that harrassment but he informed me that he had made his decision and this was when I spoke to him in September. I filed a complaint online to have the Office of Inspector general regarding, Ms Kimble's report on October 19, 2016. I left several messages in November, and December 2016 for Susan, the agent who handles this area. I finally spoke with her supervisor, Thelma and then Susan, yesterday, December 15, 2016. She stated that she would look into this and will call me next week. So, this portion maybe revised but my deadline is too close and I must file before I have lost the right to file in federal court.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Additionally, I asked that my supervisor, Dan Gard, Karen Kerstetter, human relations, and any Nebraska Medicine employees in my previous be estopped from providing negative, false, and hurtful gossip regarding my employment and especially anything trying to incinuate that I have any bowel or hygiene problems either any social meida cites (Facebook, twitter, etc..) especially professional one such Linkdin.. This makes it difficult to find employment and to grow in my line of work. It cast horrible image of me . Not only does it put into question my ability to perform accounting work but it definitely will prevent an opportunity to be promoted into a professional field such as Accountin in which I have a Bachelor degree and attempting certification. Also, this type of gossip causes friends or  connections on the social media sites that happen to be employed where I am at walk by my office or within the vicinity and spray strong perfume, chemicals, or emitt some foul order. It's an attempt to blacklist me out of this career.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          12/16/2016

Signature of Plaintiff

Printed Name of Plaintiff          LISA Birg

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

          Name of Law Firm                _____

          Street Address                   _____

          State and Zip Code             _____

          Telephone Number             _____

          E-mail Address                  _____

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Lisa Birge
4914 N 55th St
Omaha, NE 68104

From: St. Louis District Office
1222 Spruce Street
Room 8.100
Saint Louis, MO 63103

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 32E-2016-00383 | Joseph J. Wilson, State & Local Program Manager | (314) 539-7816 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

James R. Neely, Jr.,
Director

September 13, 2016

(Date Mailed)

Enclosures(s)

cc: **THE NEBRASKA MEDICAL CENTER**
**987400 Nebraska Medical Ctr**
**Omaha, NE 68198**

**Patrick J. Barrett**
**FRASER STRYKER**
**500 Energy Plaza**
**400 S 17th St**
**Omaha, NE 68102**

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

➢ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.

➢ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

➢ **Only one** major life activity need be substantially limited.

➢ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

➢ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

➢ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage:**

➢ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

➢ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

➢ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.

➢ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | [X] FEPA<br>[X] EEOC | NEB 1-15/16-3-47613-RS<br>32E-2016-00383 |

Nebraska Equal Opportunity Comm~~REOE~~ ~~MERN~~EOC
*State or local Agency, if any*

RECEIVED NEOC<br>MAR 07 2016<br>LINCOLN OFFICE

| NAME *(indicate Mr., Ms., Mrs.)*<br>Ms. Lisa Birge | HOME TELEPHONE *(Include Area Code)*<br>(402) 451-2658 | |
|---|---|---|
| STREET ADDRESS<br>4914 N 55th St    Omaha  NE  68104 | CITY, STATE AND ZIP CODE | DATE OF BIRTH<br>1/2/1967 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>The Nebraska Medical Center | NUMBER OF EMPLOYEES, MEMBERS<br>More than 500 Employees | TELEPHONE *(Include Area Code)*<br>(402) 552-2000 |
|---|---|---|
| STREET ADDRESS<br>987400 Nebraska Medical Ctr | CITY, STATE AND ZIP CODE<br>Omaha  NE  68198-7400 | COUNTY<br>Douglas |
| NAME<br>The Nebraska Medical Center | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)*<br>(402) 552-2050 |
| STREET ADDRESS<br>42nd & Emile St   Omaha  NE  68198 | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE   [X] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN<br><br>[X] RETALIATION   [ ] AGE   [X] DISABILITY   [ ] GENETIC INFORMATION | EARLIEST        LATEST<br>10/5/2015      2/8/2016<br><br>[ ]  CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

I. I am African-American, and I have disabilities, and a record of disabilities. I worked for the Respondent beginning October 5, 2015, most recently as a Accounting Analyst. Due to my race and color, I was denied adequate training. I requested an accommodation, and my request was not granted. Due to my race, color, disabilities, record of disabilities, and in retaliation for requesting and utilizing an accommodation, I was disciplined, and the Respondent terminated my employment.

II. I believe I have been discriminated against on the bases of disability, record of disability, and retaliation, in violation of ADA Amendments Act of 2008, and Sections 48-1104 and 48-1114(1) of the Nebraska Fair Employment Practice Act; and on the bases of race and color, in violation of Title VII of the Civil Rights Act of 1964, as Amended, and Section 48-1104 of the Nebraska Fair Employment Practice Act, in that:

1. When I began working for the Respondent, I was trained by Robyn Collier (Caucasian). Ms. Collier did not adequately train me, she would rush through explanations, did not have any kind of written procedures or materials for me to follow, and would often just have me watch her work. Ms. Collier then went on medical leave in November 2015. I expressed my concerns about my training to Mr. Gard multiple times, but no action was taken.

2. Beginning in late October 2015, I began complaining to my Supervisor, Dan Gard (Caucasian), and another Supervisor Karen Kerstetter (Caucasian) regarding all the sprays, hand sanitizers, and deodorizers that were being used in the office, as they were affecting my conditions. Due to the overuse of these items, I would have constant coughing fits and my eyes would sting, making it nearly impossible to do my work. Mr. Gard said he would look into it, but no action was taken, so I reported my concerns to Human Resources, and asked if I could be moved to a different location in the office. My doctor completed and turned in the required ADA medical form on November 24, 2015, but the Respondent did not actually move me until the end of December 2015, and even then I was only moved about four cubicles away from my original desk.

3. On January 15, 2016, I was given a written disciplinary action for alleged performance issues. The Respondent alleged that I had not entered prepaids properly, but I entered them according to my training. Ms. Collier was not disciplined, even though she was the one who had trained me. I disputed my disciplinary action, and learned on February 8, 2016 that my dispute had been denied.

**Continued on Page 2**

Lisa Birge vs. The Nebraska Medical Center
Page 2

4. On February 8, 2016, the Respondent terminated my employment, allegedly for not having the accounts complete at the end of the fourth working day. I had tried to finish the accounts, but was not able to upload some information due to a system error; Mr. Gard was aware of this, as he tried to assist me in getting it uploaded, but was unable to as well.

5. My performance to date was satisfactory.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I swear or affirm that I have read the above and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

State of Nebraska    County of Douglas

On this, the 3 day of March, 20 IV.

The Complainant appeared before me, known to me (or satisfactorily proven) to be the person whose name is subscribed to this instrument, and acknowledged that they executed the same for the purposes therein contained

Notary Public

Notary Seal    GENERAL NOTARY - State of Nebraska
JYSSICA R. HUNT
My Comm. Exp. April 10, 2016



*State of Nebraska*

# NEBRASKA EQUAL OPPORTUNITY COMMISSION

Lisa Birge, )
    Complainant, )   **COMMISSION DETERMINATION**
)
vs. )   NEB 1-15/16-3-47613-RS
)   EEOC 32E-2016-00383
The Nebraska Medical Center, )
    Respondent. )
)

A determination has been made in the above-referenced matter before the Nebraska Equal Opportunity Commission. Pursuant to the **Nebraska Fair Employment Practice Act** and the Rules and Regulations of the Nebraska Equal Opportunity Commission, the Commission has officially dismissed this charge.

The evidence fails to support the allegations of discrimination (see attached); and there is no appeal process. This finding of **no reasonable cause** is the final determination of the Commission and completes the handling of the charge. The deadline for filing an action directly in state district court is 90 days after the receipt of this notice.

Since this charge was also filed under Federal law, you may contact the U.S. Equal Employment Opportunity Commission in St. Louis within fifteen (15) days of your receipt of this notice regarding this case. Requests for a Substantial Weight Review must be made in writing to Joseph Wilson, State and Local Coordinator, U.S. Equal Employment Opportunity Commission, St. Louis District Office, 1222 Spruce Street, Room 8.100, St. Louis, MO 63103.

Due to the complexity of the law, and other avenues of redress that may exist, you may wish to consult with an attorney.

The Commission wishes to thank you for your cooperation in the processing of this charge.

_____
For the Commission

JUN 2 8 2016
_____
Date

**MAIN OFFICE:**

301 Centennial Mall South ☐
PO Box 94934
Lincoln, NE 68509-4934
Phone: 402-471-2024
Fax: 402-471-4059
800-642-6112
www.NEOC.nebraska.gov

**BRANCH OFFICES:**

1313 Farnam-on-the-Mall ☐
Omaha, NE 68102-1836
Phone: 402-595-2028
Fax: 402-595-1205
800-382-7820

505A Broadway Suite 600 ☐
Scottsbluff, NE 69361-3515
Phone: 308-632-1340
Fax: 308-632-1341
800-830-8633

NEB 1-15/16-3-47613-RS
Birge vs. The Nebraska Medical Center
Page 2

## ATTACHMENT

**No Reasonable Cause – Disability, Record of a Disability, Race, Color and Retaliation Discrimination (Reasonable Accommodation; Training; Discipline; Discharge)**

The evidence shows the Respondent worked with the Complainant to accommodate her. The evidence fails to show the Complainant was denied training or given inadequate training. The evidence shows that due to performance issues, Respondent disciplined and ultimately discharged Complainant. There is no evidence to show any action taken was due to a discriminatory reason.

Help

**Lisa Birge**              Campus UNO ▾    go to ... ▾ ⊗

| Account Inquiry | Electronic Payments/Purchases | Account Services |
|---|---|---|
| summary | activity | payments | pending aid |

## Charges Due

Following is a Running Totals summary by due date of the charges and deposits that you owe.

| Summary of Charges by Due Date | Find \| View All \| ↗ | First ◁ 1 of 1 ▷ Last |
|---|---|---|
| **Due Date** | **Due Amount** | **Running Total** |
| 02/23/2017 | 1,205.39 | **1,205.39** |
|  | ↗ | First ◁ 1 of 1 ▷ Last |

Currency used is US Dollar.

| ▼ Invoices Due | Personalize \| Find \| ↗ \| ⊞ | First ◁ 1 of 1 ▷ Last |
|---|---|---|
| **Invoice Date** | **Invoice Number** | **Total Billed** | **Due Date** |
| 08/31/2015 | UNO STUDENT 0000820651 | 0.00 | 09/23/2015 |

                                                           MAKE A PAYMENT

**Account Inquiry    Electronic Payments/Purchases    Account Services**
Summary    Activity    Payments    Pending Aid

go to ... ▾ ⊗

 **MavLINK**

Menu

**Lisa Birge** 57757728

## My Balance

Balance Due $1,205.39

## Transaction History

| Description | Transaction Date | Amount |
| --- | --- | --- |
| CULTURAL ENRICHMENT FEE | 11-14-2016 | $5.00 |
| LIBRARY FEE | 11-14-2016 | $18.75 |
| MAV CARD SERVICES FEE | 11-14-2016 | $7.75 |
| STUDENT ACCESS & SUCCESS FEE | 11-14-2016 | $88.30 |
| STUDENT RESEARCH FEE | 11-14-2016 | $4.50 |
| TECHNOLOGY FEE | 11-14-2016 | $33.00 |
| TUITION(RUOC)CB | 11-14-2016 | $769.50 |
| UPF FEE GENERAL - FLAT | 11-14-2016 | $213.94 |
| UPF FEE HEALTH/LIVING -FLAT | 11-14-2016 | $64.65 |

## Balance at Other Institutions

No Balances Found at Other NU Institutions

## Invoices

| Last Invoice Date | Invoice Due Date | Total |
|---|---|---|
| 08-31-2015 | 09-23-2015 | 0.00 |

\* view all invoices